IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR PAYNE [JG-3637] | : | CIVIL ACTION |
| v. | : | |
| TABB BICKELL, et al. | : | NO. 14-2198 |

FILED
JAN -9 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 2d day of February, 2015, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED AND ADOPTED.**

(2) The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

(1) No objections were filed.