```
                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


OMAR PAYNE,                              :    CIVIL ACTION
                                         :    No. 14-2198
        Petitioner,                      :
                                         :
    v.                                   :
                                         :
TABB BICKELL, et al.,                    :
                                         :
        Respondents.                     :
                                         :
```

## O R D E R

**AND NOW**, this **25th** day of **April, 2016**, after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 15) and Petitioner's objections thereto (ECF No. 29), it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED**.

   **AND IT IS SO ORDERED.**


                                   /s/ Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO,    J.**