IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR PAYNE,**  :  Petitioner,  : : | |
| v.   : | **CIVIL ACTION NO.  14-CV-2198** |
| **TABB BICKELL**, *et al.*,  :  Respondents.  : : | |

## ORDER

**AND NOW**, this **5th** day of **May, 2022**, in consideration of Petitioner Omar Payne's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 49), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Payne's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**